ORIGINAL CV 13 - 6057

SUMMONS ISSUED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Alan Khiger

_____
_____

KUNTZ, J.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

BLOOM, M.J.

**COMPLAINT**

The State of Nevada, Bank of America, Yvette Nissen, Albert
Torres, Paul Andres, VeeCee Bookkeeping & Tax Service,
Paul S Padda, Esq
Dr. Zev Lagnstein
_____
_____
_____
_____
_____

Jury Trial:  ☒Yes   ☐ No

(check one)

RECEIVED
OCT 3 1 2013
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s).  If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names.  The names*
*listed in the above caption must be identical to those contained in*
*Part I.  Addresses should not be included here.)*

**I.**     **Parties in this complaint:** / Please see Attachment for
Dr. Zev Lagstein and Paul Andres.

**A.**     List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name __Paul S Padda_____
              Street Address _4240 West Flamingo Rd ste 220_____
              County, City ___Las Vegas_____
              State & Zip Code __NV 89103_____
              Telephone Number ____7023661888_____

**B.**     List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where
each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1      Name _VeeCee Bookkeeping and Tax Service_____
                    Street Address _2831 St Rose Pkwy # 218_____

*Rev. 05/2010*

County, City Henderson,

State & Zip Code    NV 89052

Telephone Number    702458-3124

Defendant No. 2    Name  Bank Of America

Street Address     4505 S Maryland Pkwy

County, City  Las Vegas

State & Zip Code  NV     89119

Telephone Number 702-654-4120

Defendant No. 3    Name      State of Nevada/ office of the attorney general

Street Address 555 E Washington ave ste 3900

County, City  Las Vegas

State & Zip Code  NV     89101

Telephone Number 702 468-3768

Defendant No. 4    Name   Yvette Nissen, Albert Torres

Street Address     *checkout* 2656 VAN Patten ST
                                                    APT 20

County, City  LAS Vegas

State & Zip Code    NV     89109

Telephone Number   702 504 1469

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions                     ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue?  Amendment XIV (1868)
      ~~Section 1. All persons born or naturalized in the United States and subject to the jurisdiction~~
      ~~thereof, are citizens of the United States and of the State wherein they reside. No State shall~~
      ~~make or enforce any law which shall abridge the privileges or immunities of citizens of the~~
      ~~United States; nor shall any State deprive any person of life, liberty, or property,~~ without due
      process of law; nor deny to any person within its jurisdiction the equal prote*ction of rights*

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship New York

      Defendant(s) state(s) of citizenship  Nevada,

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  Las Vegas / Clark County

B.    What date and approximate time did the events giving rise to your claim(s) occur?  04/15/11 to 7/31/13

C.    Facts:  The following defendants are involved in commiiting t tortuos acts me Dr. Alan Khiger

> What happened to you?

violating my human rights, twisting my wrists while I was handcuffed, temparing with my bank accounts

not paying me for the chiropractic services I performed  on the patient. Humiliating me. Falsly jailing me.

Destroying my property, throwing out my diplomas from Life University. Throwing rocks at my window.

Stamping my mail to prospectiective/saying FOE with a finger pointing to my address. Having sex at my residence.

> Who did what?

The State of Nevada brought up a case against me involving battery misdemeaner which I had no part of

and Nevada metro police twisted my arms during a call when a so called girlfriend/employee by the name of Yvette

Nissen who happened

to be government witness. Broke into my residence hid herself in a suitcase while I called police to remove

her from my residence they accused me of shoving her in the suitcase and placing me in handcuffs

> Was anyone else involved?

I started screaming my name is Dr. Alan Khiger and my rights are violated they took me around the corner

and began twisting my arms and saying why are you resisting Alan. I than said if you are going to torture me

kill me fast. The officer tied me in the back of the police car and drove approximatly half a mile than he stated

that he is not going to kill me and if I stop saying that he is going to bring me back and let me go with a

summons disturbing a piece.    Yvette Nissen assisted the following defendants into commiting monetary

> Who else saw what happened?

crimes against me please see attched exhibts A through F. She had humiliated me in front of patients

by using inappropriate verbage as well as wearing inappropriate clothes. I was forced into immidiate

evacuation to New York City where my parents are currently supporting me please see Mental Health report.

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  Currently undergoing psychtherapy as well as self rehabilitation. Anger Managemnet.  As a result of this actions I have suffered an emotional distress and suffering Fear of Returning back to LAS Vegas and being persecuted again.

## V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.   The VeeCee accounting bookkeeping services are not replying to my phone calls and letters because my tax return for 2011 is showing earnings for $76,000 which are the following grounds for transferring this case to the District Court, preventing me to properly state my case for violation of constitutional Charter. Based on the recovered evidence provided and the duration of time the defendents have brought torture and suffering as well as twisting my wrists for motive in ending my carrer as an Amazing Chiropractor who impacted the lives of many Americans please see attached exhibits

and attacking my celebrity status because I learned Spanish and was featured on Spanish television and radio live please see digital exhibit of google page Dr. Alan Khiger I respectfully beg the court  to allow seeking $10000000 compensation for the pain and suferring  brought by thedefendants occured herein against me and my family.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this *01* day of *October 28th*, 20*13*

Signature of Plaintiff        *Alan Khiger*

Mailing Address        *2990 BRIGHTON 12 rest apt 5B*
*BROOKLYN, NY 11235*

Telephone Number        *(702) 817 - 4700*

Fax Number *(if you have one)*

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Attachment*

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2    Name *1 World Medicine / PAul Andres*
Street Address *3110 S valley / view BLVD ste 103*
County, City *LAS Vegas 89109 AK*
State & Zip Code *NV    89109*
Telephone Number *(702) 445·7031*

Defendant No. 3    Name *N2. Zev Lagstein*
Street Address *3017 W    CHARLeston BLVD #80*
County, City *LAS Vegas*
State & Zip Code *NV 89102*
Telephone Number *702 870·1026*

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____
_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

My name is Svetlana Dodis this is a statement prepared in regards to the tortious acts that were committed on behalf of the defendants mentioned in the following complaint herein. On july 26th approximately 6:00pm my son called me from Las Vegas City crying that he was put in handcuffs and his arms were twisted while in custody making a complaint against his drug addict girlfriend who I never approved off from the moment I met the monster. I immediately sent him money to purchase a plane ticket. When he returned he was crying and his wrist were swollen. He told me that Yvette Nissen were setting him up and committing terrorist acts by vandalizing his car, deflating his tires, breaking into his apartment, throwing rocks into his apartment and breaking the windows. In addition to that he had mentioned that she was bringing other men to his apartment while he was working and having sex with them. Moreover, she used his yamaka to clean sperm. When my son called the police on this monster they ignored his call and favored the monster's story. The latest incident when she hid inside the suitcase and try to set my son and police try to end his career by twisting his arms. I flew back to Las Vegas to find out what is going on? I have known Yvette for approximately four years and when I visited my son I was too afraid to say something. She did not maintain employment for as long as my son was with her. My son was working very hard covering a practice as well as running his own business while she sat home and terrorize my son. She was born in this country and speaks fluent English and had abused my son who supported her for as long as I know her.

My son showed me and my daughter the broken glass of his apartment windows. Moreover, I wanted to get the property of his out and Yvette broke into his place and did not listen to my orders to vacate my sons apartment. The warning was given three times and ignored. It took police about 35 minutes to show up. Finally, that took her to the side and we were able to get his property out. We are hard working immigrants and never seen anything like this in our life. We are American citizens and hardworking taxpayers. My son is a hard working doctor who worked very hard to get where he is despite his past. He also saw my father in law get beaten up by the KGB when he was six years old. I respectfully ask that justice is served and those accountable are punished for the pain and suffering my son had went through. I am available for a verbal testimony if necessary as an advance notice would be granted. I pray that the judicial officers make an appropriate decision and realize that my only son's rights were violated.

Sincerely,

Svetlana Dodis.

Dodis 10.28.13

In a addition of the following complaint against Albert Torres who happen to be the step father to the Yvette Nissen. Albert Torres was asked to help moving my property which states in an exhibit A for the eviction notice I received on December 27, 2012. I report the following matter to the Las Vegas Metro Police on January 28, 2013 (please see attached exhibit) While making a report I was arrested for a parking ticket not completing the police report. Even though there was a camera inside the building in a parking garage the detective had stated that footage was obtainable. When I confronted Albert Torres and told him that he is on disability and was healthy enough to destroy my property he did not bother to answer back nor reply to the text messages. The cell phone of Albert Torres was used as a form of communication between Yvette Nissen and I Dr. Alan Khiger. Moreover, the following laptop computer was recovered by me Dr. Alan Khiger and is locked (the computer was used to send information to the government individuals for trying to frame me in wrong doing at my Chiropractic office please see the attached Exhibit B with a detail information against Paul S. Padda who is federal prosecutor and held to a high standard along with an FBI agent Torquin who has been on the force numerous years and forged the evidence for the Chiropractic Medical Records as well as encouraged Yvette Nissen to obtain the password key for the Office Ally billing department. The letter was intercepted by me and included in the following Exhibit herein.

Another incident involving Yvette Nissen in taking an employee check please see exhibit C and charging through the ATM in the amount of $547.56 which prohibited by federal law and telling me to ask the manager of the UNLV branch Las Vegas if the funds had been released. She said it would take approximately 24 hours for the check to clear. I got suspicious and began reading a little booklet when you open an account called term and conditions that no one reads where it says that depositing an employee check is violation of a federal rule I immediately called the Bank of America and responded that I allowed for Ms.Nissen to use my pin code for access of check deposit. I allowed the access of withdrawing funds but not the employee check deposit. Moreover, Bank of America never disclose the release of $1000 dollars of cash advance which clearly shows the high deposits made in greater amount of $9000 plus please see exhibit C. Moreover, the receipts showing all zeros printed of the merchant account which is false statement patients paid approximately $1000 dollars for the following Chiropractic services I had performed on them.

The State of Nevada had passed around fake servyes jailing me for no apparent reason the police had used forced against me as mentioned in the U.S court document hiding police report from State Farm where I notified police that my life was at stake and the following terrorist Ms. Yvette Nissen who has committed inhumane crimes against me mention here in and had begged me not to follow through with criminal charges against her. I respectfully beg the court to make a detail Judicial Review by reading and evaluating this complaint and pieces of evidence that I was able to recover while i was able to evacuate safely into New York City area.

EMAiL: QKHi935@LDG-PAL•(.CoM)

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**CLARK COUNTY, NEVADA**

Name: *ALAN KHIGER*

Applicant(s),

) CASE NO.: _____
) DEPT. NO.: _____
)
)
)
)

-vs-

Name: *Yvette Nisson*

Adverse Party(s).

) **CONFIDENTIAL PROTECTION ORDER**
) **INFORMATION SHEET**

## APPLICANT INFORMATION

1. Name: *KHIGER* *ALAN*
   (Last) (First) (Middle)

2. Other Names Used: *N/A*
   (Last) (First) (Middle)

3. Phone: *(702)351-9138* *702/291-2156*
   (Home) (Work) (Cell)

4. Home Address: *3900 Elizabeth Ave APA 19 89117*
   (Street Address ) (Bldg/Apt #) (City) (State) (Zip)

5. Mailing Address: *3017 W CHARleston BlVD #eC8 89102*
   (If different from above) (Street Address ) (Bldg/Apt #) (City) (State) (Zip)

6. Date of Birth: *01/2007/76*  7. Sex: *M*

## ADVERSE PARTY INFORMATION
(Please complete a separate Confidential Protection Order Information Sheet for each Adverse Party)

1. Name: *Nisson* *Yvette*
   (Last) (First) (Middle)

2. Other Names Used: *Nisson* *MARie*
   (Last) (First) (Middle)

3. Phone: *N/A* *UNk*
   (Home) (Work) (Cell)

4. Last Known Address: *900 E Dessert INN apt 405 LAS Vegas, NV 89109*
   (Street Address ) (Bldg/Apt #) (City) (State) (Zip)

5. Mailing Address: *UNk*
   (If different from above) (Street Address ) (Bldg/Apt #) (City) (State) (Zip)

6. Occupation: *UNk* Employer: *NWE* Work Days: *N/A* Work Hours: *UNK*
   Work Phone: *N/A* Work Address: _____

7. Date of Birth: _/_/_  8. Social Security No.: *N/A*

9. Hair Color: *Bl* 10. Eye Color: *blk* 11. Height: *5.6* 12. Weight: *170 lbs* 13. Sex: *F* 14. Race: *L*

16. Scars/Marks/Tattoos (Provide a Description and Location): *Playboy bunny (2 glutea area)*

15. Does the Adverse Party speak English? ☑-YES ☐ NO  If not, what language? _____

16. Vehicle Make: *UNk* Model: *UNk* Year: *UNk* License Plate Number/State: *UNk*

*6/24/13* *Alan Khiger* *A.K*
(Date) (Type Or Print Name) (Signature)

1

2
**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**CLARK COUNTY, NEVADA**

Name: _AZAN KHIGER_

3
) CASE NO.: _____
) DEPT. NO.: _____
)

Applicant(s),

4
) **APPLICATION FOR ORDER FOR PROTECTION**
) **AGAINST:**

-vs-

5
)

Name: _Nutte Nissen_

6
) ☒ **Stalking, Aggravated Stalking, And/Or Harassment**
) ☐ **Harm to Minors**

7
_____ Adverse Party(s). _____
) ! **Sexual Assault**

8
1.     I am applying for an order for protection (*check all that apply*):

9
☒ **For myself**   ☐ **On behalf of another person(s).**

10
2.     Below is information relating to all persons for whom I am seeking protection, including myself:

11

12

13

| NAME | AGE | RELATIONSHIP TO APPLICANT | RELATIONSHIP TO ADVERSE PARTY (*if seeking protection against multiple adverse parties, please also complete a Supplement to Application for Order for Protection*) | DOES THIS PERSON LIVE WITH THE ADVERSE PARTY? |
|------|-----|---------------------------|------|------|
| Alan Khiger | | Self (if applicable) | Girlfriend | NO |
| | | | | |
| | | | | |

17
3.     I am filing this Application for the following reason(s) (*Specifically explain why protection is needed for you and/or any persons for whom you are seeking protection. If you need additional space, use the Continuation Page*):

20   There were several complaints made

21   to LAS Vegas Police department

22   in regards to MS Nissen Stalking

23   humiliating Dr. AZAN KHIGER

24   Due to the police investigating

25   knowledge that Dr. Khiger

26   is an immigrant to United

27   States and she appeared

28   helpful in helping the Doctor
with Associated business and
personal problems, instead her
notive see back ➤

PLEASE TYPE OR PRINT CLEARLY

1  ## CONTINUATION PAGE

2  APPLICANT'S NAME: Alan Khiger

3  (NOTE:  BE SPECIFIC AS TO WHO COMMITTED WHAT ACT OR ACT(S), AGAINST WHOM,
   WHEN, WHERE, WHETHER COMMITTED OR THREATENED; INDICATE APPROXIMATE
4  DATE(S) AND LOCATION(S).)

5  CONTINUED FROM PAGE 2: was to destroy Doctor

6  Khiger by having sexual intercourse

7  with my best friend who knowingly

8  and willingly has been admitted

9  to me by friend. Yvette responded

10  by that I was hullucinating

11  and he has nothing to worry

12  about and continued to destroy

13  my reputation by using his

14  identification and forging

15  signatures on documents such as

16  IRS records + patients that I

17  was treating. Yvette would

18  temper w/template reports +

19  billing. She wouldly to

20  authorities on behalf of Dr. Khiger

21

22

23

24

25  THE ATTACHED APPLICATION INCORPORATES THE CONTINUATION PAGE BY REFERENCE.

Continuation Page

June 2006

4.    I or one of the parties seeking protection (*select one*) ☒ have  ☐ **have not** made a report against the Adverse Party(s) to law enforcement. (*NOTE: It is not necessary to file a law enforcement report but if such a report was made, please complete the following information.  You may also wish to attach a copy of any such report*):

The approximate date a report to law enforcement was made: _2 years ago_

The name of the law enforcement agency: _536 TAM @ SHAw Lee Dr_

The case/event number, if known: _Not Known witten by police_

5.    The following is a list of other relevant court actions (*ie TPOs, evictions, divorce, custody, criminal, etc.*) that I or a person for whom I am seeking protection have been involved with the Adverse Party:

| Case # (if known) | County and State where the court is located | Approximate Date Filed |
|---|---|---|
| divorse | SAN Diego | 2009-2010 |
|  |  |  |

6.    Do you or any of the parties seeking protection have children in common with the Adverse Party?

☐ Yes   ☒ No

7.    Do you or any of the parties seeking protection work at the same location as the Adverse Party?

☒ Yes   ☐ No

8.    If a temporary protection order is granted, the sheriff will attempt to personally serve it on the Adverse Party. To the best of your knowledge:

a. Do you believe that the Adverse Party may react violently when served with any court papers?

☒ Yes   ☐ No   If yes, explain: _Excessive drug use_

b. Does the Adverse Party have access to weapons?

☒ Yes   ☐ No   If yes, please describe the type and location of such weapon(s): _was arrested on 12/28/12 with a switch blade knife measured longer than 4 fingers in length with is considered a deadly weapon_

c. Does the Adverse Party have a concealed weapons permit?

☐ Yes   ☒ No

d.  Does the Adverse Party have any history of (*check all that apply*):

☑ Physical violence. Explain: *admitted to being a bully in high sh school*

☐ Violence with a weapon. Explain: *behavioral altered disputes sold*

☑ Mental health issues. Explain: *codependence addict and psychiatric disorders/been eating*

☑ Drug/alcohol abuse. Explain: *was a previous alcoholic person admitted by herself*

☑ Outstanding/prior warrants? Explain: *rapid, judicial, disability on*

e.  Are there any other safety considerations of which the court should be aware? Explain: *Recently by and willingly was trying to murder by ALAN WEIGER*

### RELIEF REQUESTED

**WHEREFORE**, I request that a Temporary Protection Order be issued against the Adverse Party requiring the Adverse Party:

(1)    To refrain from contacting, intimidating, threatening or otherwise interfering with me and/or the parties for whom I am seeking protection in this Application, either directly or through an agent.

(2)    To stay away from the following locations (***NOTE:*** *If you do not want to disclose the addresses for any locations you want to Adverse Party to stay away from, you may check "Confidential" although this may limit law enforcement's ability to enforce any protection order that is ultimately granted*):

i.      Residences where protection is needed:

☑      CONFIDENTIAL (*If confidential, do not list the address*)
☐      Address, city, state and zip code:_____

ii.     Place(s) of employment where protection is needed:

☑      CONFIDENTIAL (*If confidential, do not list the address*)
☐      Address, city, state and zip code:_____

iii.    School(s) where protection is needed:

☑      CONFIDENTIAL (*If confidential, do not list the address*)
☐      Address, city, state and zip code:_____

3

1        iv.     Other specific locations where protection is needed:

2             ☑      CONFIDENTIAL (*If confidential, do not list the address*)

3             ☐      Address, city, state and zip code: _____

4

5     **I FURTHER REQUEST** that the Court order as follows: *Grant a*

6 *full protection necesay against*

7 *Yvette Dissau m full ozah c*

8 I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

9   *8/24/13*       *ALAN KHIGER*       *(signature)*

10    (date)           (type or print name)       (signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Report No.:
LLV130131001965



Las Vegas Metropolitan Police
Department
400 S. Martin Luther King Dr.
Las Vegas, NV 89106

## Administrative

| | | | |
|---|---|---|---|
| Crime Type | | | |
| Location | 900 E DESERT INN RD | LAS VEGAS, NV  89109 | Sector /Beat   N1 |
| Occurred On (Date / Time) | Tuesday 1/29/2013 11:00:00 AM | Or Between (Date / Time) | Tuesday 1/29/2013 4:00:00 PM |
| Reporting Officer | 13497 - CUNNINGHAM, J. | Reported On | 1/31/2013 |
| Entered By | 13497 - CUNNINGHAM, J. | Entered On | 1/31/2013 12:50:03 PM |
| Related Cases | | | |
| Assisted By: | | | |

## Offenses

GRAND LARCENY - OVER $650

| | | | |
|---|---|---|---|
| Completed   Yes | Hate/Bias   Unknown (Offenders Motivation Not Known) | Code Section | Domestic Violence   No |
| Entry | Premises Entered | Type | |
| Weapons | | Security | Tools |
| Criminal Activities | | Location Type   Residence/Home | |

## Victims

Name: KHIGER, ALAN

| | | | | | | |
|---|---|---|---|---|---|---|
| Victim Type | Individual | Written Statement   Yes | | | | |
| Victim of | 205.220A - GRAND LARCENY - OVER $650 | | | Can ID Suspect | | N - No |
| SSN | | DOB   1/20/1976 | | | | |
| Height | 6' 1" | Weight   200 | Age   37 | Sex   Male | Race   White | |
| | | | Hair Color   Black | | Eye Color   Green | |

Addresses
R - Residence
B - Business

| | | | |
|---|---|---|---|
| | Richmond And Sahara At Friends House | LAS VEGAS, NV | US - USA |
| | 3120 S Valley Vw Ste A | LAS VEGAS, NV 89102 | US - USA |

Phones
B - Business/Work
Resident

| | | |
|---|---|---|
| | | 702 291-2156 |
| DLN   2103724568 | DL State   Nevada | POB |
| Employer/School | | |
| Occupation/Grade   DOCTOR | Employer Address | DL Country   USA |
| | Work Schedule | |

| | | |
|---|---|---|
| Tourist Departure Date | | |
| Injury | | Testify |
| Offender Relationships | Injury Weapons | |
| Offender | Relationship | |

UNLAWFUL DISSEMINATION of this
Restricted Information is PROHIBITED.
Violation will subject the offender
to Criminal and Civil liability.
Rel To: _Khiger Alan_
Date: _1/31/13_
Las Vegas Metropolitan Police Department
By _____

## Suspects

## Arrestees

## Witnesses

## Other Entities

## Properties

Household Items and Appliances

| | | | | |
|---|---|---|---|---|
| Status   Stolen | IBR Type | Household Items and Appliances | UCR Type | Household Goods, Appliances |
| Description   DESK TABLES | | | | |
| Quantity   2 | Value   400.00 | | | |
| Serial No.\VIN | Color | | Manufacturer | Model |
| | | | Recovered Date | Owner   V - KHIGER, ALAN |

Notes:

Household Items and Appliances
1/31/2013 1:05 PM

| Status | Stolen | IBR Type | Household Items and Appliances | UCR Type | Household Goods, Appliances |
| Description Quantity Serial No.\VIN | OFFICE CHAIRS 2 | Value Color | 120.00 | Manufacturer Recovered Date | Model Owner V - KHIGER, ALAN |

Notes:

Household Items and Appliances

| Status | Stolen | IBR Type | Household Items and Appliances | UCR Type | Household Goods, Appliances |
| Description Quantity Serial No.\VIN | PATIO TABLE AND CHAIR 1 | Value Color | 300.00 | Manufacturer Recovered Date | Model Owner V - KHIGER, ALAN |

Notes:

Household Items and Appliances

| Status | Stolen | IBR Type | Household Items and Appliances | UCR Type | Household Goods, Appliances |
| Description Quantity Serial No.\VIN | MATTRESS FRAME 1 | Value Color | 100.00 | Manufacturer Recovered Date | Model Owner V - KHIGER, ALAN |

Notes:

Household Items and Appliances

| Status | Stolen | IBR Type | Household Items and Appliances | UCR Type | Household Goods, Appliances |
| Description Quantity Serial No.\VIN | DISHES 1 | Value Color | 1,000.00 | Manufacturer Recovered Date | Model Owner V - KHIGER, ALAN |

Notes:

Clothing, belts, glasses, purses/wallets

| Status | Stolen | IBR Type | Clothing, belts, glasses, purses/wallets | UCR Type | Clothing and Furs |
| Description Quantity Serial No.\VIN | CLOTHES 1 | Value Color | 500.00 | Manufacturer Recovered Date | Model Owner V - KHIGER, ALAN |

Notes:

## Narrative

ALAN KHIGER CAME INTO CCAC TO REPORT SOME OF HIS HOUSEHOLD ITEMS STOLEN.

ALAN STATED HE HIRED A PRIVATE MOVER TO MOVE HIS THINGS OUT OF 900 E DESERT INN RD APT 405 ON MONDAY, 1/28//13. ALAN STATED HE WAS EVICTED AND FOLLOWING THE ORDER TO MOVE HIS THINGS OUT. ALAN STATED HE ESCORTED THE MOVER TO THE APARTMENT AND TOLD HIM TO PUT THE THINGS INTO AN SUV TO MOVE. ALAN STATED HE LEFT THE PROPERTY AND WENT TO WORK.

ALAN STATED AT APPROX 1600 HOURS THE MOVER MADE HIM AWARE THAT WHILE HE WAS MOVING ALAN'S THINGS, HE BROUGHT HIS STUFF OUT THROUGH THE SERVICE ELEVATOR AND SET IT IN THE BACK PARKING LOT AND WAS TAKING MULTIPLE TRIPS TO MOVE THE ITEMS. THE MOVER TOLD ALAN THAT HE SAW THE MANAGEMENT GOING THROUGH ALAN'S THINGS AND THROWING THE LISTED ITEMS AWAY.

ALAN STATED HE CONTACTED MANAGEMENT BUT THEY ARE DENYING TAKING ANY OF THE ITEMS. ALAN STATED HE HAS A WRITTEN STATEMENT FROM THE MOVER IN SPANISH, BUT THE STATEMENT IS AT HIS OFFICE. ALAN ALSO STATED THE MOVER CAN IDENTIFY WHO SPECIFICALLY TOOK THE ITEMS.



October 2, 2013

AMAZING CHIROPRACTIC INC
2990 BRI 12 ST APT 5B
BROOKLYN NY 11235-4776

State Farm
PO Box 52260
Phoenix, AZ 85072-2260

RE:    Claim Number:    28-23F5-791
        Policy Number:    96BLZ1454
        Date of Loss:    July 29, 2013
        Policy:    CMP-4100 Business Owners Coverage Form

Dear Dr. Khiger:

Thank you for submitting your claim to State Farm for consideration.  We spoke with Dr. Langstein and he advised that he did not have any information to support that a theft occurred to your business. Also, we were unable to secure a police report for this loss.  At this time, we are putting your file in inactive status.

In order to continue investigating your claim, we need the following information:

1)  A police report for the theft or vandalism that occurred on July 29, 2013.

2)  A statement from Dr. Lansing confirming theft of your business personal property.

3)  A statement or contact information from your previous employee

4)  A detailed list of the stolen or damaged business personal property

At this time I would like to remind you of the conditions of your policy under CMP-4100.  Please refer to your CMP-4100 policy which reads in part:

---

### SECTION I — PROPERTY

When a Limit Of Insurance is shown in the Declarations for that type of property as described under **Coverage A – Buildings**, **Coverage B – Business Personal Property**, or both, we will pay for accidental direct physical loss to that Covered Property at the premises described in the Declarations caused by any loss as described under **SECTION I — COVERED CAUSES OF LOSS**.

AMAZING CHIROPRACTIC INC
28-23F5-791
Page 2

Covered Property includes property as described under **Coverage A – Buildings**, property as described under **Coverage B – Business Personal Property**, or both.

Regardless of whether coverage is shown in the Declarations for **Coverage A – Buildings, Coverage B –Business Personal Property**, or both, there is no coverage for property described under **Property Not Covered**.

---

## SECTION I — CONDITIONS

**1. Property Loss Conditions**

   **a. Abandonment**

     There can be no abandonment of any property to us.

   **b. Appraisal**

     If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. Each party will notify the other of the selected appraiser's identity within 20 days after receipt of the written demand for an appraisal. The two appraisers will select an umpire. If the appraisers cannot agree upon an umpire within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

     **(1)** Pay its chosen appraiser; and

     **(2)** Bear the other expenses of the appraisal and umpire equally.

     If there is an appraisal, we will still retain our right to deny the claim.

   **c. Duties In The Event Of Loss**

     **(1)** You must see that the following are done in the event of loss to Covered Property:

       **(a)** Notify the police if a law may have been broken.

       **(b)** Give us prompt notice of the loss. Include a description of the property involved.

       **(c)** As soon as possible, give us a description of how, when and where the loss occurred.

       **(d)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your emergency and temporary repair expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits Of Insurance of **SECTION I — PROPERTY**. However, we will not pay for any subsequent loss resulting from a cause of loss that is not a Covered Cause Of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

       **(e)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

       **(f)** As often as may be reasonably required, permit us to inspect the property proving the loss and examine your books and records.

         Also permit us to take samples of damaged and undamaged property for

AMAZING CHIROPRACTIC INC
28-23F5-791
Page 3

inspection, testing and analysis, and permit us to make copies from your books and records.

(g) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(h) Cooperate with us in the investigation or settlement of the claim.

(i) Resume all or part of your "operations" as quickly as possible.

(2) We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

d. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

(1) There has been full compliance with all of the terms of this insurance; and

(2) The action is brought within 2 years after the date on which the accidental direct physical loss occurred.

The Company does not intend, by this letter, to waive any policy defenses in addition to those stated above, but specifically reserves its right to assert such additional policy defenses at any time. Any suit against us must be started within one year after the date of loss or damage, or as set by state law.

If you have any additional information regarding this claim of loss which has not been previously considered or if you desire any additional explanation regarding this matter, please contact me.

Sincerely,

Barbara Soqui
Claim Representative
877 859 1847 ext 47686
State Farm Fire and Casualty Company

28/732/1457817

```
************************
*** FAX TX REPORT ***
************************

          TRANSMISSION OK

JOB NO.                    1828
DESTINATION ADDRESS        18882576080
SUBADDRESS
DESTINATION ID
ST. TIME                   08/27 14:52
TX/RX TIME                 01' 08
PGS.                       7
RESULT                     OK
```

08/20/2013 TUE 15:13    FAX                                    Ø001

```
************************
*** FAX TX REPORT ***
************************

          TRANSMISSION OK

JOB NO.                    1739
DESTINATION ADDRESS        17028704249
SUBADDRESS
DESTINATION ID
ST. TIME                   08/20 15:12
TX/RX TIME                 00' 24
PGS.                       1
RESULT                     OK
```

*Claim # 2823F5791*

Dear, Dr. Laghstein

This is a conformation letter for the following office address 3017 W Charleston Blvd ste 58 that was leased from the following period of Apr 20 to July 30 2013. By Dr. Alan Khiger and his corporation Amazing Chiropractic inc. This is an agreement letter in support of Word of good faith to return 2 copies of the keys for the file cabinet where patient files for Amazing Chiropractic inc are securely saved as well as 2 keys for the entry lock to the front door office. Also exit inspection was performed by you and the following damages were reported to you to your office property and acknowledged. You were also notified that an ex employee by the name of Ms. Yvette Nissen is responsible for the destruction of your property and is accused of local terrorism along with United States government against my company Amazing Chiropractic inc. You also acknowledge that the following property such as chiropractic tables are in fact is securely saved and you will return them to me Dr. Alan Khiger the conditions that they are in. You also acknowledge under the word of good faith that I Dr. Alan Khiger and my company Amazing Chiropractic inc shall not deem responsible for the following damages listed above neither does it hold you accountable for the following terrorists acts committed. Shall you have any questions in regards to this agreement you can contact me at 702 8174700 or email at amazingchiropvc@gmail.com.

Sincerely,

Dr . Alan Khiger



# ZEV LAGSTEIN, M.D.

**F.A.C.C., LTD.**

*Diplomate American Board of Cardiovascular Disease*
*Diplomate American Board of Internal Medicine*

May 7, 2013

Your rent for the month of May of $1,350.00 is overdue.

In addition, you owe $1,350.00 for last month of contract. This
amount has been broken into $250.00 per month until
satisfied. Therefore, the amount you owe right now is
$1,600. The amount of $1,350.00 you paid in April was
a security deposit, which was not applied towards rent,
as I made you well aware.

I understand that you don't wish to pay May's rent. I
informed you yesterday, 5/6/13, that the rent is overdue.
By now, 5/7/13, noontime, no payment has been received.

I'd like to remind you that I allowed you to stay for ten days
in April for free. As a sign of goodwill, I am willing to delay
the last month's rent payment, which we customarily collect
at the beginning of the contract, for another 6 months.

Please regard this letter as an initiation of the eviction
process, if rent is unpaid.

Sincerely,

Zev Lagstein, M.D.
Property Manager

Hand delivered by Dr. Zev Lagstein/Cindy Burris   *Hand delivered*
*Cindy Burris*
*@ 2:15 PM*

3017 W Charleston Blvd. #80 * Las Vegas, Nevada 89102 * (702) 870-1026/ 870-7339

10/15/13 09:20                     CHART COPY                    Page  1 of 2

                              Coney Island Hospital

================================================================================
Location       Name                      Visit#          Sex  Age    DOB
Clinic         Khiger,Alan               1189184-6       M    37Y    01/20/1976
================================================================================


TREATMENT PLAN
================================================================================
Problem List:          psychosis
================================================================================
Type of Action:        Comprehensive
--------------------------------------------------------------------------------
Plan Effective Date:   09/11/2013
--------------------------------------------------------------------------------
 Next Review Date:     12/11/2013
--------------------------------------------------------------------------------
Treatment Team Members: Kheyfits,Yuriy
--------------------------------------------------------------------------------
Primary Therapist      Yuriy Kheyfits, MD
(Coordinator):
--------------------------------------------------------------------------------
Strengths/Capabilities: Interpersonal relationships, supports, friends, family
--------------------------------------------------------------------------------
Weaknesses/Liabilities: No insight into his condition
--------------------------------------------------------------------------------
Discharge Criteria:    pt will no longer be psychotic
--------------------------------------------------------------------------------
Axis I:                Schizoaffective disorder, unspecified
                       Amphetamine and other psychostimulant dependence,
                       unspecified
--------------------------------------------------------------------------------
Axis II:               No Diagnosis on Axis II
--------------------------------------------------------------------------------
GAF Score:             50
--------------------------------------------------------------------------------
Problems/Goals/Objectives:
Problem                psychosis
Problem Status         active
Goal                   patient will not be psychotic
Goal Status            Ongoing
Objective 1            patient will demonstrate reality based thinking,in
                       session
Objctv 1 Status        Ongoing
Objctv 1 Achieve Date  Wed, 11 Dec 2013
--------------------------------------------------------------------------------
Interventions:
Prblm(s) Addressed by  psychosis
Intervntn
Intervntn 1            individual psychotherapy
Resp Person            Mila Sverdlov, LCSW

| Location | Name | Visit # | Sex | Age | DOB |
|----------|------|---------|-----|-----|-----|
| DIS-CP | Khiger,Alan | 1189184-7 | M | 37Y | 01/20/1976 |

## Detailed Psychosocial History (OP)

| **BH/Sources of Information (6/09)** | |
|---|---|
| Source(s) of Information | Patient: in person |
| Able to Communicate in English | Fluent |
| Preferred Language | Russian |
| Language Used for Assessment | Russian |

| **BH/MH/Family/SO Relationships(OP) (4/09)** | |
|---|---|
| Family/Significant Other Relationships | Significant Family Hx : denied<br>Effect of Family's Issues: denied<br>Effect of Pt's Needs and : parents are upset |
| Legal Guardian/Custodian? | no |
| Household Members | Yes |
| Household Relationships | Name : gregory<br>Relationships : father<br>Age : 63<br>Quality : supportive<br>Name : svetlana<br>Relationships : mother<br>Age : 58<br>Quality : supportive |

| **BH/MH/Parenting Skills OP** | |
|---|---|
| Household Members Under 18 Years? | No |

| **BH/MH/Psychosocial Factors (OP) (8/09)** | |
|---|---|
| Presenting Problems | anger management issues |
| Strengths/Capabilities | [1] Leisure Time Activities; [2] Interpersonal Relationships; [3] Cultural/Spiritual/Religious and/or Community Involvement; [4] Residential Stability; [5] Other Strengths. Examples include: good judgment, literate, insightful, active entitlements, |

| Guide | good impulse control, history of treatment adherence, able to form relationships, able to communicate needs, support system intact, average or above average intelligence, employed, domiciled |
|---|---|
| Strengths/Capabilities | pt willing to get well |
| Weaknesses/Liabilities Guide | Substance Abuse;Treatment Refractory;State Hospital History;Needs New Placement;Family History of Physical Illness;No Source of Income;No Insight;Criminal History;Homelessness;Treatment Refusal;Medical Illness;Mental Retardation;No Family or Community Support;Speaks no English;Recent Immigration |
| Weaknesses/Liabilities | No insight into his condition |
| Losses | grandfather |
| Type of Residence | private residence |
| Leisure Activity | reasing, playing sports, writing |
| Person(s) Involved in Tx | pt |
| Written Consent? | Yes |
| Spiritual/Religious Beliefs | Jewish |
| Spiritual/Religious Impact on Tx | positive |
| Migration History | Place of Birth : Ukraine Length of Time in U.S.A : 24 |
| Pt's Perceived Cultural/Racial ID | Jewish |
| Citizen/Immigrant Status | citizen |
| Acculturation Issue & Impact on Tx | Negative impact |
| Sexual History | sexualyy active since 16 y.o. heterosexual |
| Sexually Active? | Yes |
|  |  |
| **BH/MH/Developmental History (11/08)** | |
| Infancy Developmental Hx | normal |
| Childhood Developmental Hx | pt said it was happy |
| Adolescent | pt said he was a happt outgoing child, ggod student |

| Developmental Hx | |
|---|---|
| **Adulthood Developmental Hx** | pt sated he was in struggle wit the law after his school graduation, was 6 month in jail for dealing drugs in New York. pt finished College, went to Chiropractic school in Atlanta, Georgia. after graduation, he moved to San Diego where he had problems receiving a license. pt started to believe there that he was under surveillance and that FBI is spying on him due to his drugs history.pt stated he opened his own clinic and worked there for 6 years until he began having problems with the law due to his violent outbursts, which pt denied and stated that he was wrongfully accused. pt had been involved in abusive relationship there until he was given order of protection dn charges were made gor criminal assault, after which pt decided to come to live in New York with his parents. |
| **Peer Relationships/Social Functioning** | limited |

| BH/MH/Legal History | |
|---|---|
| **Legal Involvement Options** | criminal-assault |
| **Legal Charges** | criminal assault charges |
| **Probation/Parole Officer?** | No |
| **Active Restraining Order?** | Yes |
| **Active Restraining Order Desc** | against his former girlfriend in San Diego |
| **Adult Protective Services** | None |

| BH/MH/Education Background OP/Act Ther | |
|---|---|
| **Education Level** | Graduate Degree |
| **Current Enrollment** | no, not enrolled in school |

| BH/MH/Military History | |
|---|---|
| **Military Service?** | No |

| BH/MH/Employment/Benefit Status | |
|---|---|
| | |

| Past Employment | San Diego for the last 6 years as a chiropractor |
|---|---|
| Employment Status | not employed but able to work |
| Benefits/Income Sources | none<br>none |
| Current Financial Problems? | Yes |
| Financial Problems Desc | unemployed |
| Vocational Assessment? | Yes |
| Refer for Vocational Assessment? | No |

| BH/MH/Abuse/Sexual History IP | |
|---|---|
| Sexual Abuse? | No, patient denies sexual abuse history |
| Physical Abuse? | No, patient denies physical abuse history |
| Verbal/Emotional Abuse? | no, patient denies verbal/emotional abuse history |
| Elder Abuse? | no, patient denies elder abuse history |
| Parental Neglect? | no, patient denies parental neglect history |
| Psychological Trauma History? | yes |
| Trauma Events | Traumatic Event : Witness to victimization/harm to others |
| Drug/Alcohol Use Details | no |
| Use in last 12 months | denied |
| Negative Effects | not applicable |
| Violence Risk to Self | none |
| Violence Risk to Others | pt denied |

| BH/MH/Case Formulation | |
|---|---|
| | pt is a 38 years old Male former immigrant from Ukraine. pt has immigrated to the USA 24 years ago. pt came to the clinic due to his Anger Management problems. pt has legal problems and has criminal assault charges as well as restraining order of protection against his former girlfriend who lives in San Diego. pt has ideas of persecution and believes that he is being followed by FBI because of the Drug use and Dealing drugs. pt |

| Clinical Case Formulation & Summary | stated when he was 20 years of age he spend 6 month in Jail in New York for selling Drugs and since then pt believed that he was being followed for the purpose of 'destroying his life because he is Jewish and will be deported back to Ukraine'.[pt denied using drugs now. pt revealed during the interview that when he was 6 years old he witnessed severe beating of his grandfather by Ukraine police who were creaming antisemitic accusations and took the grandfather to jail. pt stated this memory made a strong impact on pt's mental health. However, pt denied that his ideas of persecution are not real. pt is recommended for admission to the clinic to deal with the issues of childhood trauma, self-identity and anger management by undergoing medication management and supportive individual psychotherapy. |
|---|---|
| | |
| **Data Updated** | yes |

| 09/26/13 1115 | Sverdlov,Mila, LCSW | partial |
|---|---|---|
| 09/26/13 1141 | Sverdlov,Mila, LCSW | partial |
| 09/26/13 1506 | Sverdlov,Mila, LCSW | complete |

```
10/15/13 09:20              CHART COPY      Continued...              Page  2 of 2
                         Coney Island Hospital

================================================================================
Location        Name                    Visit#          Sex  Age   DOB
Clinic          Khiger,Alan             1189184-6       M    37Y   01/20/1976
================================================================================


--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
================================================================================
```

Patient/Guardian: _____          Date: _____

# Amazing Chiropractic INC
Dr. Alan Khiger, D.C

Dr. Alan Khiger
Office: (702) 291- 2156
Email: amazingchiropractor@gmail.com

Mr. Paul Andreas
3110 South Valley View Boulevard
Suite 103
Las Vegas, Nevada 89102
Office: (702) 445- 7031

This letter is to inform Mr. Andreas that Amazing Chiropractic INC will be moving our practice from 3120 South Valley View Boulevard Suite A Las Vegas, Nevada 89102.

**We are breaking lease agreement for the reasons being:**

1)  We had notified the proper person/ persons in charge, trash has accumulated on the outside are of property Suite A. This matter was addressed numerous times, and remained on going for several months.

2)  Cigarette Buds were accumulated on outside of property Suite A.  Cigarette buds were thrown from 2nd floor on to Amazing Chiropractic INC, entrance. This matter was brought to the attention of person/ persons in charge numerous times, and remained on going for several months.

Patients of Amazing Chiropractic INC had shared concerns in regards to this matter; those patients never returned seeing no changes were made.  This is completely understandable being that property is a health facility.

3) On singing lease agreement there was a verbal agreement between I, Dr. Alan Khiger and Mr. Paul Andreas no other Chiropractor will be moving on to property for reasons business would be hard to afloat financially

    A.  Location is difficult to market; as well internets map GPS navigation does not GPS the right location. South Valley View Boulevard visually seems more as if our location is a Sirius Location which confuses many. The unfinished building on the corner blocks the view of traffic which brings in not walk in patients. (Zero %) walk in patients.

    B.  Mr. Andreas did not offer information on a Chiropractor moving in to the One World Medicine Urgent Care.

    C.  Dr. Kim Brassily would be the only exception because; this was discussed and agreed upon between Dr. Alan Khiger and Mr. Paul Andreas.

4) Early 2012 Patients of Amazing Chiropractic send patients on referral to One World Medicine and were treated very rudely from previse staff, the treatment from front staff was so harsh patients has to call us sharing fillings of embarrassment.  This type of treatment was on more than a few times and more than a few different patients of Amazing Chiropractic INC.

    <u>Last- I demand a new invoice to be made of Amazing Chiropractic INC, full balance owed to Mr. Paul Andreas.</u>

**This invoice should not include patients' bills.**

Patients of Amazing Chiropractic INC were Personal Injury patients were patients on a lean. This information was understood by staff of One World Medicine, And Mr. Andreas. It is not felt of my own bills were not pressed  by billing department of

One World Medicine, and definitely should not be the financial obligation of

Amazing Chiropractic INC to cover the bills of patients, being seen by Doctors of One

World Medicine.

I would be able to vacate over the weekend if permitted.

**You can notify Yvette Nissen at (702) 813- 8280 when a dissection is made. If you can please, give a response by 4-11-2013, allowing the next 4 days to fully be out.**

DATE OF PERSONAL DELIVERY: (April 10, 2013)

Signature Dr. Alan Khiger: _____ Date: __4/10/13__

Signature Mr. Paul Andreas: _____ Date: _____

Notice to withdraw
from lease till 4/12/13
Friday due to
the economic hardship
and failure to observe
the leasey agreement
set forth, as well as
a violation for tempu-
ruy with property
and interest.

D20. Adam Kleg
Kleg Re

Adult ADD Questionnaire

Print This Page
Return

Email this article to a friend

## ADULT ADD QUESTIONNAIRE

**This questionnaire is provided as a guide only, and should in no way be considered diagnostic.**

The scale is the Wender Utah Adult ADD Scale 5.0.

The questions are scored from 1 to 5. The maximum possible score is 120. My unofficial guide is: 0-50 probably not ADD, 50-75 maybe, 75 -100 probably and above 100, it's for sure.

The questions below refer to how you have behaved and felt DURING THE PAST WEEK. Rate each question on a scale of 0 to five, using the following scale:

0 = not at all
1 = just a little
2 = somewhat
3 = moderately
4 = quite a lot
5 = very much

| Question | Scale |
|---|---|
| 1. At home, work, or school, I find my mind wandering from tasks that are uninteresting or difficult. | 0 1 2 3 4 5 |
| 2. I find it difficult to read written material unless it is very interesting or very easy. | 0 1 2 3 4 5 |
| 3. Especially in groups, I find I hard to say focused on what is being said in conversations. | 0 1 2 3 4 5 |
| 4. I have a quick temper…a short fuse. | 0 1 2 3 4 5 |
| 5. I am irritable, and get upset by minor annoyances. | 0 1 2 3 4 5 |
| 6. I say things without thinking, and later regret having said them. | 0 1 2 3 4 5 |
| 7. I make quick decisions without thinking enough about their possible bad results. | 0 1 2 3 4 5 |
| 8. My relationships with people are made difficult by my tendency to talk first and think later. | 0 1 2 3 4 5 |
| 9. My moods have highs and lows. | 0 1 2 3 4 5 |
| 10. I have trouble planning in what order to do a series of tasks or activities. | 0 1 2 3 4 5 |
| 11. I easily become upset. | 0 1 2 3 4 5 |
| 12. I seem to be "thin skinned" and many things upset me. | 0 1 2 3 4 5 |
| 13. I am almost always "on the go." | 0 1 2 3 |

Adult ADD Questionnaire

|  | 4 5 |
|---|---|
| 14. I am more comfortable when moving than when sitting still. | 0 1 2 3 4 5 |
| 15. In conversations, I start to answer questions before the questions have been fully asked. | 0 1 2 3 4 5 |
| 16. I usually work on more than one project at a time, and fail to finish many of them. | 0 1 2 3 4 5 |
| 17. There is a lot of "static" or "chatter" in my head. | 0 1 2 3 4 5 |
| 18. Even when sitting quietly, I am usually moving my hands or feet. | 0 1 2 3 4 5 |
| 19. In group activities it is hard for me to wait my turn. | 0 1 2 3 4 5 |
| 20. My mind gets so cluttered that it is hard for it to function. | 0 1 2 3 4 5 |
| 21. My thoughts bounce around as if my mind were a pinball machine. | 0 1 2 3 4 5 |
| 22. My brain feels as if it were a television set with all the channels going at once. | 0 1 2 3 4 5 |
| 23. I am unable to stop daydreaming. | 0 1 2 3 4 5 |
| 24. I am distressed by the disorganized way my brain works. | 0 1 2 3 4 5 |

Now add up your score and see hot it rates on the scale provided above.

Again, this questionnaire is provided for guideline purposes only. If you have questions or concerns, be sure to consult your physician or therapist.

**ROSS MILLER**
*Secretary of State*

**NICOLE J. LAMBOLEY**
*Chief Deputy Secretary of State*

**STATE OF NEVADA**



**OFFICE OF THE
SECRETARY OF STATE**

**DIANA J. FOLEY**
*Securities Administrator
Securities Division*

August 6, 2013

Dr. Alan Khiger
2990 Brighton 12th Street, Apt. 5B
Brooklyn, NY 11235

Re: **Complaint-VeeCee, LLC Bookkeeping & Tax Service**

Dear Mr. Khiger:

The Nevada Secretary of State, Securities Division (the "Division") is in receipt, on August 5, 2013, of the complaint that you filed with the Division concerning the above mentioned matter. Please be advised that the Division is responsible for administering the Nevada Uniform Securities Act; specifically, the Division regulates investment products and the people and companies that sell them. Accordingly, we primarily review complaints to determine if an investigation is appropriate for a possible regulatory or criminal action.

After reviewing your hand written complaint, it appears the Division does not have jurisdiction over your claim. Enclosed please find a list of New York taxpayer advocates that may be able to assist you.

Respectfully,

Diana J. Foley
Nevada Securities Administrator

DJF/ljj

NEVADA STATE CAPITOL
101 N. Carson Street, SUITE 3
Carson City, Nevada 89701-4786
Telephone: (775) 684-5708
Fax: (775) 684-5725

LAS VEGAS OFFICE
555 E. Washington Avenue Ste. 5200
Las Vegas, Nevada 89101-1090
SECURITIES
Telephone: (702) 486-2440
Fax: (702) 486-2452
CORPORATIONS
Telephone: (702) 486-2880
Fax: (702) 486-2888

RENO OFFICE
500 Damonte Ranch Parkway, Suite 657A
Reno, NV 89521-5910
SECURITIES
Telephone: (775) 687-9950
Fax: (775) 687-9948



# VEECEE, LLC
## BOOKKEEPING & TAX SERVICE
LICENSED & INSURED

To Our Tax Clients: *Dr ALAN KHIGER*

We are pleased to confirm our understanding of the arrangements for preparation of your income tax return(s). The Internal Revenue Service imposes penalties on taxpayers, and on us as tax preparers, for failure to observe due care in reporting for income tax returns. In order to ensure and understanding of our mutual responsibilities, we ask all clients for whom we prepare tax returns to confirm the following arrangements.

We will prepare federal tax returns for 2010 from information that you furnish. We will not audit or otherwise verify the data you submit, although we may ask you to clarify some of it or furnish us with additional data. It is your responsibility to provide us with all the information required for preparing complete and accurate tax returns. Our organizer is designed to assist you. You should retain all the documents, cancelled checks, and other data that form the basis of income and deductions. The documents may be necessary to prove the accuracy and completeness of the tax returns to a taxing authority. You have the final responsibility for the income tax returns and, therefore should review them carefully before you sign and mail them or we e-file them.

Our work in connection with the income tax returns does not include any procedures designed to discover defalcations or other irregularities, should any exist. We will render such accounting and bookkeeping assistance as we find necessary for the preparation of the income tax returns. Your tax returns may be selected for review by taxing authorities. In the event of an examination or other IRS contact, we are available to represent you. Any proposed adjustments by the examining agent are subject to certain rights of appeal. In the event of such government contact, we will be available upon request to represent you and will render additional invoices for the time and expenses incurred.

By your signature below, you agree that you have the proper records to substantiate all items of income and deductions, including travel and entertainment expenses, and that you will carefully examine and approve your completed tax returns before signing or mailing or e-filing.

Our fees will be at our standard billing rates plus out of pocket expenses and will be due upon completion and before e-filing.

If the foregoing is in accordance with your understanding, please sign a copy of this letter in the space(s) provided and returned to us either by mail or at your tax appointment.

Cordially,

X *KHIGER ALAN*         X_____
Print name        Date     Print Name Spouse         Date

X *[signature]*         X_____
Signature                     Spouse Signature

INTERNAL REVENUE SERVICE
W&I-FIELD ASSISTANCE
BROOKLYN, NY 11201
AUG 15 2013
RECEIVED
14204

WE ARE THE KEY
TO YOUR FINANCIAL "SUCCESS"

Office (702) 458-3124   Cell (702) 328-6182   Fax (702) 947-2223
Email info@veeceebookkeeping.com

deductions. The documents may be necessary to prove the accuracy and completeness of the tax returns to a taxing authority. You have the final responsibility for the income tax returns and, therefore should review them carefully before you sign and mail them or we e-file them.

Our work in connection with the income tax returns does not include any procedures designed to discover defalcations or other irregularities, should any exist. We will render such accounting and bookkeeping assistance as we find necessary for the preparation of the income tax returns. Your tax returns may be selected for review by taxing authorities. In the event of an examination or other IRS contact, we are available to represent you. Any proposed adjustments by the examining agent are subject to certain rights of appeal. In the event of such government contact, we will be available upon request to represent you and will render additional invoices for the time and expenses incurred.

By your signature below, you agree that you have the proper records to substantiate all items of income and deductions, including travel and entertainment expenses, and that you will carefully examine and approve your completed tax returns before signing or mailing or e-filing.

Our fees will be at our standard billing rates plus out of pocket expenses and will be due upon completion and before e-filing.

If the foregoing is in accordance with your understanding, please sign a copy of this letter in the space(s) provided and returned to us either by mail or at your tax appointment.

Cordially,

X _KHIGER ALAN_              X_____
Print name          Date     Print Name Spouse          Date

X _____            X_____
Signature                    Spouse Signature

WE ARE THE KEY
TO YOUR FINANCIAL "SUCCESS"

Office (702) 458-3124   Cell (702) 328-6182   Fax (702) 947-2223
Email info@veeceebookkeeping.com

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
BROO_____ NY 11201

AUG 15 2013

RECEIVED
14204

| | | |
|---|---|---|
| | ECM | MODE |
| | STANDARD | RESULT |
| | OK | PAGE(S) |
| | 01 | DURATION |
| | 00:00:38 | FAX NO./NAME |
| | 9472223 | DATE,TIME |
| | 06/20  13:59 | |

SER.# : 000F8N564505
TEL : 17023823400
FAX : 17023828044
NAME : SPINAL REHAB CENTERS
TIME : 06/20/2011 13:59

TRANSMISSION VERIFICATION REPORT

August, 29 2003

Alan Khiger D.C

Amazing Chiropractic Inc

2990 Brighton 12 th st apt 5b

Brooklyn, NY 11235

Dear, Nevada Bar

The following letter in regards to the complaint against Paul S Padda who knowingly and willingly tortured Dr. Alan Khiger with Ivan Renji's personal injury case and still failed to fulfill his duty and breach to pay for the following work I have done on this patient and was paid out in full with high acknowledgment by Progressive insurance company. Mr. Padda had lied deceptively along with his associate Torquise and confronted me that he is a former FBI agent as if any wrong doing was spotted. Then he reproduced the records that were supposedly not legible and had said that progressive still waiting on files from my office to be submitted. I had told him that my memory is extremely intact and the records were sent to him as early as late march by my former office manager Crysttal Munice who at that time was doing back office work. Moreover we have used the office ally billing softaware to print Mr. Renji's bill. When Yvette Nissen was working at my office he forged a document that is currently in your possession (which I knew was not her hand writing) to submit to office ally to hide the evidence and reproduce original records that were sent earlier in the march to compensate for redundancy and aggravation he had caused asking for records again, again and again. The last visit to his office was on july 28, 2003 he appeared very nervous when I had told him that there is compelling evidence against you for lying and covering up evidence. He informed that he is federal prosecutor who can help if something like that would ever occur. Moreover, his assistant Torquize has said that I should at least submit a summery of final exam to for a submission to insurance company. I denied that request and had told him that they guilty as charged along with Yvette Nissan to conspire to torture me Dr. Alan Khiger and my company Amazing Chiropractic Inc. On August 28, 2003 I had called Progressive insurance company and asked them if Renji's case was settled and it did for $6700 conformation number 13304189. When I called Padda's office he agrred that payment was made and he disbursed the funds to the client without notifying me and giving me a run around as a fool. I would like to be paid immidietly for the work done as well disbarring Mr. Padda indefinitely as well as prosecuted criminally for the violation of human rights and torture against I Dr. Alan Khiger. Which makes him a United States Terrorist.

Sincerely,

Dr. Alan Khiger

To: Office Ally:

From: Dr. Alan Khiger D.C.

2990 Brighton 12th st 5B

702-817-4700

Amazingchironyc@gmail.com

Date: 08/15/2013

To whom it may concern

I  Dr. Alan Khiger is requesting the password for the following user name  account Amazingc  to be forwarded to the email above in regards of billing information that was set up by the office manager Crystal Munice which was employed by Amazing chiropractic inc.  Please  contact me at 702-817-4700 for any additional questions. I appreciate your cooperation and looking forward to continue our business relationship.

Sincerely,

Dr.  Alan Khiger D.C.

# Transmission Log

Friday, 2013-08-16   18:56

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
| ---------- | ----- | ---- | ----- | ------ | ----- | -------------------- | --- | ---------------- |
| 2013-08-16 | 18:56 | SCAN | 09358 | 0:20 | 14400 | Office Ally | 1 | OK -- V.17 AH31 |

To: Office Ally:

From: Dr. Alan Khiger D.C.

2990 Brighton 12th st 5B

702-817-4700

Amazingchironyc@gmail.com

Date: 08/15/2013

To whom it may concern

I Dr. Alan Khiger is requesting the password for the following user name  account Amazingc  to be forwarded to the email above in regards of billing information that was set up by the office manager Crystal Munice which was employed by Amazing chiropractic inc.  Please  contact me at 702-817-4700 for any additional questions. I appreciate your cooperation and looking forward to continue our business relationship.

Sincerely,

Dr.  Alan Khiger D.C.

Amazing Chiropractic Inc   Date: July 2013

To office Ally:

This letter is in regards to my account created by passed employee Cristal Muncie. Miss muncie is no longer working with us As of March 2013. I will be needing access to my account. I am Amazing chiropractic Inc Owner and I am The doctor that is the only practicing doctor at Amazing Chiropractic. It is at grate urganay, to Please contact me.

Office: 291-2156
Fax  9409630

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                         TRANSMISSION OK

          JOB NO.                  1888
          DESTINATION ADDRESS      17023661940
          SUBADDRESS
          DESTINATION ID
          ST. TIME                 08/30 16:59
          TX/RX TIME               00'45
          PGS.                     1
          RESULT                   OK
```

Alan Khiger D.C.
Amazing Chiropractic Inc.
2990 Brighton 12 th st apt 5B
Brooklyn, NY 11235
tel (702) 817-4700
Dear, Patient

I had spoken with your attorney Paul S. Padda in regards to settlement in the amount of $6700 that was released by Progressive insurance company on August 9, 2013. He had informed me that he payed you out of this settlement for the injury you have sustained from the MVA and was treated by me Dr. Alan Khiger at my office 3120 S Valley View ste A Las Vegas, NV 89102 starting day 1/28/13. You have signed a lien which is a contract that you are responsible for the charges enclosed in this bill that I am sending you. Your lawyer Paul S. Padda had lied to me that your medical records were not legible which is a complete lie and did not sign the lower portion of the lien which binds him into paying me Dr. Alan Khiger for the services that were performed on you while undergoing treatment. This makes you responsible for the charges that I am sending you shall you happen to receive this letter. Please be advised if he did in fact told you that you are responsible than you must pay the balance of $3900 enclosed in this bill. If not then you should contact me as soon as possible and file a complaint against him with the Nevada State Bar for not disclose this information and putting me Dr. Alan Khiger into this situation. Shall you have any questions you can contact me at this number or send a payment to the address above.
Sincerely,
Dr. Alan Khiger



## leter to the bar

**Alan khiger** <amazingchironyc@gmail.com>                    Fri, Aug 30, 2013 at 11:09 AM
To: Gkhiger@aol.com

Dear, Nevada State Bar
My name is Svetlana Dodis a mother to Dr. Alan Khiger. My son is being defrauded by your member Paul S Padda who had lied to him and tortured him in regards to a patient name Ivan Renji that my son has worked on for his personal injury conditions. I am a United States citizen who is in a medical field and know how hard it is to become a doctor in this country. My son has worked very hard to get to where he is at. I am a proud mother and a taxpayer that my son has achieve the most prestiges title in this great country by becoming the best doctor who is still to this day gets compliments from patients who are thankful for my son's work. I do not believe that someone like Mr. Paul Padda has the right to humuliate and degrade my son Dr.Alan Khiger who has nothing but good intentions for the citizens of United States of America. We are hard working American Family who appreciates and values what this country stands for and continue to do so proudly. I would like the Nevada State Bar to act on this matter as quick as possible and disbar Mr. Padda for the actions and harm he had caused to my son and our family.
Sincerely,
Svetlana Dodis

S. Dodis   10.28.13

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

ALAN KHIGER

**** **** 3732

MYACCESS CHECKING

Transaction History

Last Posting Date 05/02/2013

Date/Time Printed 5/3/2013 8:22 PM EST

1-877-337-4228
Froud Claim

**Since Last Statement Summary**

| | |
|---|---|
| Last Statement Date | |
| Balance Last Statement ($) | |
| Deposits/Credits (+) | # |
| Withdrawals/Debits (-) | # |
| | |
| Available Balance ($) | -$149.87 |
| | Holds (-) |
| | Pending Credits (+) |

#Counts include only-posted items only.-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description Amount included in Available Balance | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| Processing | ACH HOLD INTERNET BRANDS, ONLINE WEB ON 05/03 | | Debit | -$149.90 | -$149.87 |
| 04/30/2013 | CHECKCARD 0428 7-ELEVEN 29652 | LAS VEGAS    NV 242991031190018397723101 | Debit | -$149.90 | -$149.87 |
| 04/30/2013 | CHECKCARD 0427 THE BOULEVARD THEATER | LAS VEGAS    NV 247948731190011600086 | Debit | -$19.74 | $0.03 |
| 04/30/2013 | CHECKCARD 0427 THE BOULEVARD THEATER | LAS VEGAS    NV 247948731190011600060 | Debit | -$18.00 | $19.77 |
| 04/30/2013 | CHECKCARD 0427 DOUGLAS PARKING STRIP L | LAS VEGAS    NV 247893031191195833931002 | Debit | -$6.00 | $37.77 |
| 04/29/2013 | CHECKCARD 0427 WALGREENS #5013 | LAS VEGAS    NV 244450031186002333024861 | Debit | -$5.00 | $43.77 |
| | | | Debit | -$52.99 | $48.77 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

* = Item(s) included in Previous Statement(s).

00-14-9036M   11-2010
NNV

**Bank of America**

Bank of America, N.A.
MO8-050-01-01
P.O. Box 219038
Kansas City, MO 64121-7270

N3 05/08 0  0336 978      029 007478 #®01 AT 0.384

ALAN KHIGER
PO BOX 73132
LAS VEGAS NV 89170-3132.

Telephone Banking:  1.800.432.1000

Date of Notice:    05/06/13

Account:      5010 1550 3732     MyAccess Checking

## Stop Payment Notice.

At your request, we have placed a stop payment on the check (item) described below.  Please make sure that the information you have provided to us about this item is correct.  To cancel your stop payment request or change any of the information noted below, please call us toll free at the number listed above.  In addition, if there is a fee associated with your stop payment order, please remember to deduct it from your account balance.

| | | | |
|---|---|---|---|
| *Stop payment order effective:* | 05/04/13 | *Amount:* | $149.90 |
| *Check number/range:* | 9999999999 | *Stop payment fee:* | $0.00 |
| *Payee:*  ACH/ INTERNET BRANDS | | | |
| *Reason for stop payment:*  OTHER | | *Date of check:* | 05/04/13 |

## Stop Payment Terms and Conditions.

1.  You can withdraw your stop payment at any time by writing to us at the address above.  Depending on the nature of your stop payment order, a fee may be charged to your account for each stop payment order and for each renewal.

2.  Because checks (items) are searched by computer, please make sure that the check (item) number, exact amount and account number you've given us are correct.  We will not be liable for failing to stop payment on the item if any of this information is incorrect or if we did not have a reasonable amount of time to act upon your stop payment order.  **PLEASE NOTE:  If a check (item) you have requested a stop payment on has been presented to the bank for payment, or deposited to a bank account via a teller, ATM or night depository before or on the same business day that you placed the stop payment order, we may not be able to stop payment on this item.  If this is the case, we cannot be held liable for failing to honor your stop payment.**

3.  Your stop payment order expires on the date listed.  For recurring ACH debits on personal and small business accounts, the order is in effect for the longer of either six months or until we believe the merchant has stopped submitting the recurring ACH debit.  You may renew the order for an additional time period for an additional fee.  To renew the stop payment order, please contact us before the expiration date.  If you do not renew the stop payment order and the check, debit or other item is presented to us for payment after the stop payment order expires, we may pay it and will not be liable to you for doing so.

4.  By requesting that we stop payment on the check (item), you agree to indemnify and hold us harmless for any loss, claims, damage or costs, including reasonable attorneys' fees, that we incur as a result of honoring your request.  Our liability for paying an item subject to a proper and timely stop payment order is limited to the actual loss suffered.

  

**Bank of America**

AMAZING CHIROPRACTIC INC.

Page 5 of 7
Statement Period
06/01/13 through 06/30/13
ED   P PA   0 A 45
Enclosures 0
Account Number   5010 1550 8258

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| Subtotal | 1,812.52 | | |
| Card Account # 4635 8900 0323 2310: | | | |
| 06/03 | 4.29 | CheckCard  0601 24 Hour Fitness | 962406010461054 |
| 06/03 | 11.09 | CheckCard  0531 Subway         00010413 | 962405310108984 |
| 06/03 | 29.54 | CheckCard  0531 7-Eleven 25785 | 962405310653237 |
| Subtotal | 44.92 | | |
| Card Account # 4635 8900 0334 4529: | | | |
| 06/20 | 54.00 | Clark County L  06/20 #000000006 Purchase | 906206200000006 |
| 06/20 | 58.00 | Clark County L  06/20 #000000008 Purchase | 906206200000008 |
| 06/21 | 4.96 | Super Azteca M  06/21 #000160612 Purchase | 906206210160612 |
| 06/21 | 18.63 | 7-Eleven        06/21 #000650274 Purchase | 906206210650274 |
| 06/24 | 2.46 | Chevron/Trribl  06/23 #000301306 Purchase | 906206230301306 |
| 06/24 | 2.65 | CheckCard  0623 Starbucks #13812 Las Ve | 962406230667292 |
| 06/24 | 10.49 | CheckCard  0621 Starbucks #13812 Las Ve | 962406210941768 |
| 06/24 | 12.17 | CheckCard  0623 Starbucks #13812 Las Ve | 962406230578859 |
| 06/24 | 17.99 | #06039 Alberts  06/23 #000383638 Purchase | 906206230383638 |
| 06/24 | 19.58 | CheckCard  0623 Chevron 002071 | 906206230595990 |
| 06/24 | 20.99 | Chevron/Terrib  06/24 #000133793 Purchase | 906206240133793 |
| 06/24 | 40.49 | CheckCard  0620 Walgreens #5013 | 962406200225923 |
| 06/24 | 49.91 | CheckCard  0621 State Farm Insurance | 962406210337045 |
| 06/24 | 74.18 | CheckCard  0623 The Ups Store  0097 | 962406231004834 |
| 06/25 | 24.64 | CheckCard  0624 Fedexoffice     00013037 | 962406240695920 |
| 06/25 | 25.02 | CheckCard  0625 Chevron 002129 | 906206250456716 |
| 06/26 | 6.35 | CheckCard  0625 Mariana's Supermar | 962406250430947 |
| 06/26 | 7.35 | Hayat Market    06/26 #000991138 Purchase | 906206260991138 |
| 06/26 | 35.00 | CheckCard  0624 Sammy's Woodfire Pizza | 962406240225899 |
| 06/26 | 63.00 | New Star Clean  06/26 #000000002 Purchase | 906206260000002 |
| 06/27 | 9.03 | CheckCard  0626 Starbucks #13812 Las Ve | 962406260841841 |
| 06/27 | 23.75 | Vons 2396       06/27 #000914962 Purchase | 906206270914962 |
| 06/27 | 27.67 | 7-Eleven        06/26 #000485563 Purchase | 906206260485563 |
| 06/27 | 42.75 | City Express    06/27 #000787660 Withdrwl | 906206270787660 |
| 06/27 | 2.00 | City Express    06/27 #000787660 Withdrwl | 906206270787660 |
| 06/28 | 1.59 | Lowe's #1639    06/28 #000885229 Purchase | 906206280885229 |
| 06/28 | 2.11 | CheckCard  0627 Starbucks #00661 Las Ve | 962406270617476 |
| 06/28 | 3.42 | Lowe's #1639    06/28 #000880321 Purchase | 906206280880321 |
| 06/28 | 3.95 | CheckCard  0627 Starbucks #13812 Las Ve | 962406270383964 |
| 06/28 | 11.57 | CheckCard  0626 IN-N-Out Burger #88 | 962406260141333 |
| 06/28 | 16.97 | CheckCard  0627 Chipotle 0363 | 962406270931318 |
| 06/28 | 22.00 | Dotty's # 1     06/27 #000654679 Withdrwl | 906206270654679 |
| 06/28 | 22.17 | CheckCard  0626 A - Mart | 962406260497957 |
| 06/28 | 40.00 | BkofAmerica ATM 06/28 #000002700 Withdrwl | 906206280002700 |
| 06/28 | 64.73 | Wal-Mart #3473  06/28 #000038741 Purchase | 906206280038741 |
| 06/28 | 120.77 | CheckCard  0626 Office Depot #2285 | 962406260141459 |
| 06/28 | 2.00 | Dotty's # 1     06/27 #000654679 Withdrwl | 906206270654679 |
| Subtotal | 964.34 | | |

BANK OF AMERICA, N.A.
WEST RETURN ITEMS

Page 001 of 001
Bank    : 00336
Center  :
Divider : 7,352
Code    : 4 0 B  App:                    H

Deposit Account:xxxxxxxxx8258
Charge Account :xxxxxxxxx8258
Store/Reference:00000000000000

>002243 3409219 0001 008239 10Z
AMAZING CHIROPRACTIO INC.
3017 W CHARLESTON BLVD STE 58
LAS VEGAS  NV      89102-1927
US

Dear Valued Customer:

Date of Notice: 07-11-2013

We are writing to notify you that the item or items listed below, which were deposited
to your account have been returned unpaid. As a result, we have charged them to your
account. Fees for analyzed accounts are itemized on the account analysis statement.

Number of Returned Items:                        1
Amount of Returned Item(s):              547.56

| SEQUENCE/ DEP DATE | ABA NUMBER/ DEP AMOUNT | MAKER NAME/ CHECK DATE | RETURN REASON/ Additional Data | AMOUNT |
|---|---|---|---|---|
| 2234679487 | 1211-0078 | | Closed Account | |
| 7/9/2013 | 547.56 | | | 547.56 |

If you have any questions or need additional information, please contact one of our
customer service representatives toll-free at 1-888-400-9009. We appreciate your
business and look forward to serving you in the future.

Sincerely,
Returns & Exceptions

07/26/2013                                        01:54:26
Merchant ID:
Terminal ID:                                      8510
Batch #:                                          001

TRANS #
CLERK

CHECK DETAIL
TRAN TYPE   APPROVAL CODE        CHK #: A617

CHECK TOTALS
Sales       000        $0.00
Pro 21      000        $0.00
Voids       000        $0.00
CashBack    000        $0.00
                                                  01:54:45
                                                  8510
                                                  001

07/26/2013                                        05:20:36
Merchant ID:
Terminal ID:                                      8510
Batch #:                                          001

Sales       000        $0.00
Pro 21      000        $0.00
Voids       000        $0.00
CashBack    000        $0.00

CHECK TOTALS

 

## Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 7
Statement Period
06/01/13 through 06/30/13
E0  P PA  0A 45
Enclosures 0
Account Number   5010 1550 8258

BD 07/10 0  0336 759        318 003626 #801 AV 0.360

AMAZING CHIROPRACTIC INC.
3017 W CHARLESTON BLVD STE 58
LAS VEGAS, NV  89102-1927

Our Online Banking service allows you to check balances, track account activity and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Business Advantage Chk

AMAZING CHIROPRACTIC INC.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | XXXX XXXX 8258 | Statement Beginning Balance | $45.98 |
| Statement Period | 06/01/13 through 06/30/13 | Amount of Deposits/Credits | $9,259.40 |
| Number of Deposits/Credits | 11 | Amount of Withdrawals/Debits | $8,674.15 |
| Number of Withdrawals/Debits | 125 | Statement Ending Balance | $631.23 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $508.51 |

Your account has overdraft protection provided by Deposit Account number 5010 1550 8245.

*Raisa Geffgat BCM*
*A. Geffgat*                    *A.G*
*08/16/2013*
*11:15 am*

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you
would like to file this case online. AAA Case Filing
Services can be reached at 877-495-4185.

COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION

*MEDIATION:* If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box. ☐
There is no additional administrative fee for this service.

| Name of Respondent BANK of AMERICA | Name of Representative (if known) Dr ALAN KHIGER |
|---|---|
| Address 592 5th Ave | Name of Firm (if applicable) AMAZING CHIROPRACTIC INC |
| | Representative's Address 1990 BRIGHTON 12th |
| City NEW YORK   State NY   Zip Code | City BKLY   State NY   Zip Code 11255 |
| Phone No. (212)   Fax No. | Phone No. /   Fax No. |
| Email Address: | Email Address: |

The named claimant, a party to an arbitration agreement dated _____, which provides for arbitration under the
Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

THE NATURE OF THE DISPUTE Allowing employee ATM transaction check
and releasing $160 into the account for AMAZING
chiropractic, INC which resulted in illegal closure failure
for a CASH Advance due to bank missed rent payment

| Dollar Amount of Claim $ 10,000 | Other Relief Sought:  ☐ Attorneys Fees   ☐ Interest |
| | ☐ Arbitration Costs  ☑ Punitive/ Exemplary ☐ Other |

| Amount Enclosed $ 0 | In accordance with Fee Schedule: ☑ Flexible Fee Schedule   ☐ Standard Fee Schedule |

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Financial / Banking

Hearing locale BKLYN NY   (check one) ☑ Requested by Claimant  ☐ Locale provision included in the contract

| Estimated time needed for hearings overall: | Type of Business: Claimant AMAZING CHIROPRACTIC |
| 1 hours or 0 days | Respondent FINANCIAL |

Is this a dispute between a business and a consumer? ☐ Yes ☐ No Does this dispute arise out of an employment relationship? ☐ Yes ☐ No
If this dispute arises out of an employment relationship, what was/is the employee's annual wage range? Note: This question is required
by California law. ☐ Less than $100,000 ☐ $100,000 - $250,000 ☐ Over $250,000

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration
Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity
to file an answering statement.

| Signature (may be signed by a representative)   Date: 8/15/13 | Name of Representative |
| Name of Claimant Dr ALAN KHIGER | Name of Firm (if applicable) |
| Address (to be used in connection with this case): 1990 BRIGHTON 12 past apt 573 | Representative's Address |
| City BKLYN   State NY   Zip Code 11255 | City   State   Zip Code |
| Phone No. (800) 902 817-4700   Fax No. | Phone No.   Fax No. |
| Email Address: AMAZINGCHIRO.NYC@HMAIL.com | Email Address: |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as
provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043. Send the original Demand to the Respondent.

\*111012822\*
07/11/2013
500135640

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-D
CLOSED ACCOUNT

\*20340001\*
\*7352\*
\*1\*
\*08923\*

## CLOSED ACCOUNT

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

| | | |
|---|---|---|
| Amazing Chiropractic | | 99-78/1211 |
| 4760 W Sahara Ave Ste 5 | | |
| Las Vegas, NV 89102 | Payroll Check Number: 1000 | |
| | Pay Date: 02/19/2013 | |

Crystal Muncie

Pay to the
order of
This amount      FIVE HUNDRED FORTY SEVEN AND 56/100                                            $547.56

Bank of The West
NV

⑈⑈60000⑈⑈   ⑆⑈⑈121⑈600782⑈⑈⑆⑈0303850⑈3⑈⑈

THE ORIGINAL DOCUMENT HAS...

⑈⑈60000⑈⑈   ⑆⑆⑈121⑈600782⑈⑈         0303850⑈3⑈⑈   ⑈⑈0000054756⑈



AMAZING CHIROPRACTIO INC.
3017 W CHARLESTON BLVD STE 58
LAS VEGAS , NV 89102-1927

July 15, 2013

Account number(s) ending in XXXXXXXX8245

Dear  AMAZING CHIROPRACTIO INC.:

After careful review of the above-referenced account(s), we regret to inform you that Bank of America
has elected to close your account(s) in accordance with the provisions of our Deposit Agreement and
Disclosures provided to you at the time your account(s) was opened. Under these terms and conditions,
either the bank or the customer may close the account(s) at any time.

Please be advised of the following:

  • You will need to make other banking arrangements for the handling of any automatic and/or
  electronic transactions, and do not write any checks.

  • When the account(s) is closed, any checks presented for payment will be returned 'Account Closed'
  and if you have an ATM/Debit Card it will no longer access the account. A Cashier's Check for any
  collected balance will be mailed to you after all previously deposited items have been verified.

  • If your account(s) is overdrawn or becomes overdrawn, a deposit of cash must be made to bring the
  account(s) to a zero balance.

  • We may report the account(s) to Chex Systems, Inc., and/or Early Warning Services, LLC, which
  are both consumer reporting agencies. This may adversely impact your ability to open  an account at
  another financial institution for up to seven years.

If you have any questions about this matter, please contact Risk Identification Support Center Customer
Service at 1.877.240.6886 Option 2 Monday through Friday from 8 a.m. to 9 p.m., or Saturday 9 a.m. to 5
p.m. Eastern to speak with an associate.

Sincerely,

Risk Account Closure Unit

Case Ref#:  43777485

Alan Khiger

## MOTION  FOR CHANGE OF VENUE

I,  Dr. Alan Khiger who is hereby represented
as a Pro se in the civil matter for case
#12M16952X  battery misdemeanor.  The is a
motion for request to transfer jurisdicion
matter based on the monetary damages
sustained during the coarse of case duration in
the amount of graeter than 75,000 and less
than 85,000 to the Amazing Chiropractic Inc.
Under the grounds that amount sustained in
monetary damages reserves the right due
process of transer of jurisdiction and change of
venue into the federal court. The merits of the
case carry proof beyond unreasonable doubt as
well as lack of physical evidence of providing
survailance which is exremely critical in
exonoration and full dissmisal of the case by
the plaintiff State of Nevada against I Dr. Alan
Khiger and his company Amazing Chiropractic
Inc who served well it's  citizens of the sate of
Nevada for managing disorders associated with
chiropractic symptomotology. By violating his

human rights as a licenseed chiropractic
physician for the state of Nevada license
number 01359. I hereby request honarable
judge Janice Marshall into the transfer of
jurisdiction into the 2nd circuit district based
on the following merrits mention above. Please
see tax return. April 1, 2013: at the Justice
Court of Las Vegas Township County of Clark,
State Of Nevada. (If the defendant fails to
appear for sentencing or pretrial or
arraignment, but does appear within (5) days
of the original appearance date, the court costs
shall be waived). I received numerous
anonymous phone calls on

March 6, 2013 from a person who is claimed to
be a bails bond representative to arrest me if
certain amount of money have, not been paid. I
respectfully replied that to my knowledge the
trial date is set for April 1, 2013 and I would
further investigate the validity of his claim. He
began asking me questions such as, where my
location is and what not. Therefore, I
respectfully petition the Judicial Officer,
Honorable Marshall Janice and the District

Attorney on file to dismiss such order based on the merits mentioned above, prior to the Hearing on March 29, 2013. (A copy of the notice of Trial setting shall be furnished to the bail bond agent for a defendant, if the defendant fails to appear as directed by the Court, bail forfeiture shall be immediately issued). (The bail bond agent should have 60 days locating the defendant. At the end of 60 days, the full amount of the bond shall be due). (Attorney at Law, admitted to practice in state of Nevada, by the name of Joe Reiff was attorney on file for an arraignment on October 30, 2012, where it is hereby stated by **Clark County Court Rules:** Defendants are required to appear in person for driving under the influence and domestic violence arraignment) Such merits do not apply, and therefore must be excluded.

Alan Khiger

## **MOTION TO SUPRESS BOND**

I, Alan Khiger who is hereby represented as a Pro se would like to deny any violation associated with a forfeiture of a bond order on the date of October 30, 2012 for case #12M16952X Criminal battery misdemeanor. Upon release I had been in Justice Court on October, 30 2012 for an afternoon recess, due to a medical emergency involving a patient of mine, the warrant was issued, and quashed on November 2, 2012 that is still within a five day rule, of which the trial has been set on April 1, 2013: at the Justice Court of Las Vegas Township County of Clark, State Of Nevada. (If the defendant fails to appear for sentencing or pretrial or arraignment, but does appear within (5) days of the original appearance date, the court costs shall be waived). I received numerous anonymous phone calls on March 6, 2013 from a person who is claimed to be a bails bond representative to arrest me if certain amount of money have, not been paid. I

25      respectfully replied that to my knowledge the

26      trial date is set for April 1, 2013 and I would

27      further investigate the validity of his claim. He

28      began asking me questions such as, where my

29      location is and what not. Therefore, I

30      respectfully petition the Judicial Officer,

31      Honorable Marshall Janice and the District

32      Attorney on file to dismiss such order based on

33      the merits mentioned above, prior to the

34      Hearing on March 29, 2013. (A copy of the

35      notice of Trial setting shall be furnished to the

36      bail bond agent for a defendant, if the

37      defendant fails to appear as directed by the

38      Court, bail forfeiture shall be immediately

39      issued). (The bail bond agent should have 60

40      days locating the defendant. At the end of 60

41      days, the full amount of the bond shall be due).

42      (Attorney at Law, admitted to practice in state

43      of Nevada, by the name of Joe Reiff was

44      attorney on file for an arraignment on

45      October 30, 2012, where it is hereby stated by

46      **Clark County Court Rules:** Defendants are

47      required to appear in person for driving under

48      the influence and domestic violence

49

50

51

arraignment) Such merits do not apply, and

therefore must be excluded.

Dr. Khuger

You are a witness to all
who know you,
a sign that God is alive,

On your birthday, I know He'll bless
you even more than yesterday.

I hope your day is filled
with miracles,
and every birthday wish comes true.

I thank God the Father
for creating you,
and will be thinking of
you all day.

Happy Birthday!

Erika

License No.

B01359

# Chiropractic

## BOARD OF NEVADA



### Physicians'

This is to Certify that

**ALAN KHIGER, DC**

has passed a satisfactory written and oral examination before this board in the Principles and Practice of Chiropractic, and has in addition thereto demonstrated his proficiency on same. The Chiropractic Physicians' Board of Nevada under the provisions of an act to regulate the practice of Chiropractic, the same being 1923 Statutes of Nevada, as amended, has hereby granted him this certificate and caused his name to he entered upon the records of the Board as a

### CHIROPRACTIC PHYSICIAN

legally authorizing him to practice Chiropractic, as defined by law, in the State of Nevada.

**THIS CERTIFICATE IS REVOCABLE FOR CAUSE AS SPECIFIED BY LAW**

In Witness Whereof the signatures of the members and the official seal of the Chiropractic Physicians' Board of Nevada are hereby affixed. Given at Las Vegas, Nevada this 11th day of September, 2009.



PRESIDENT

SECRETARY-TREASURER

CONSUMER MEMBER

THIS CERTIFICATE VALID ONLY WHEN RENEWAL FEE IS PAID AS SPECIFIED BY LAW

Dr. Alan,

I can't thank you enough for all that you did for me this year. Without your expert help I wouldn't have been as successful at my rates.

Much Gratitude
Carrie Mericle

May the beauty of the Season be with you all through the year.

Happy New Year
Carrie

non-md

The Page and William Black Post-Graduate School
The Mount Sinai School of Medicine

M S S M

Certifies that

Alan Khiger

Has participated in the educational activity titled

DOT Commercial Driver Medical Examination

as

DOT Commercial Driver Medical Examination

On

December 22, 2010

and is awarded 1.00    category 1 credits toward the AMA Physician's Recognition Award.

The Mount Sinai School of Medicine is accredited by the Accreditation Council for Continuing Medical Education
to provide continuing medical education for physicians.

David Muller, M.D., Dean of Medical Education