1  Ruth L. Cohen, Esq. (NV Bar 1782)
   Email: rcohen@caplawyers.com
2  COHEN & PADDA, LLP
   4240 West Flamingo Road, Suite 220
3  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
4  Fax: (702) 366-1940
   Web: caplawyers.com
5
   Attorney for Paul S. Padda
6

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DR. ALAN KHIGER,                )
                                )
         Plaintiff,             )   Case No. 2:14-cv-0512-LDG-(PAL)
                                )
    v.                          )
                                )
PAUL S. PADDA,                  )
                                )
         Defendant.             )
_____)

**DEFENDANT PAUL S. PADDA'S
MOTION TO WITHDRAW FIRST MOTION TO DISMISS**

Defendant Paul S. Padda filed a "first" motion to dismiss earlier today (Pacer #40) that lacked a certificate of service. In order to amend/correct that deficiency, undersigned counsel hereby requests that the Court grant this motion for leave to withdraw the earlier filed dispositive motion (Pacer #40).

                                    Respectfully submitted,

                                    /s/ Ruth L. Cohen
                                    _____
                                    Ruth L. Cohen, Esq.
                                    Attorney for Plaintiff

                                    Dated: May 20, 2014

IT IS SO ORDERED:

**Defendant Paul S. Padda's motion to withdraw his "first motion to dismiss" (Pacer #40) is hereby granted.**

_____
UNITED STATES DISTRICT JUDGE

Dated: __23__ May 2014

CERTIFICATE OF SERVICE

    In compliance with the Court's Local Rule 5-1, the undersigned hereby certifies that on May 20, 2014, a copy of the foregoing document, "DEFENDANT PAUL S. PADDA'S MOTION TO WITHDRAW FIRST MOTION TO DISMISS" was served via United States Mail (first-class, postage prepaid) to the following:

    Dr. Alan Khiger
    2990 Brighton 12th Street, Apt. 5-B
    Brooklyn, New York 11235

All other represented parties were served with the foregoing document through the Court's CM/ECF system.

/s/ Ruth L. Cohen
_____
Ruth L. Cohen, Esq.