# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN KHIGER, | Case No. 2:14-cv-0512-LDG-PAL |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA; et al., | |
| Defendants. | |

Pursuant to the court's order dated March 30, 2015 (#57),

THE COURT HEREBY ORDERS that defendant Bank of America is DISMISSED with prejudice.

DATED this 29th day of May, 2015.

_____
Lloyd D. George
United States District Judge